# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. CV 19-7023 FMO (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LAWRENCE DELANO SCHALL, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion to Enforce Settlement, filed contemporaneously with the filing of this judgment, IT IS ADJUDGED that defendant Park & Save, Inc. shall pay plaintiff Chris Langer the amount of $4,795.

Dated this 25th day of January, 2021.

/s/
Fernando M. Olguin
United States District Judge